IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Younger, LaShawn Ann | Case Number: 04 B 38875 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 01/06/09 | Filed: 10/19/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 30, 2008
Confirmed: February 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 62,950.39 | |
| Secured: | | 49,350.35 |
| Unsecured: | | 7,552.45 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 3,347.59 |
| Other Funds: | | 0.00 |
| Totals: | 62,950.39 | 62,950.39 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Drive Financial Services | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 36,149.48 | 36,149.48 |
| 4. | City Of Chicago | Secured | 524.95 | 524.95 |
| 5. | Amercraft Exteriors | Secured | 3,893.58 | 3,893.58 |
| 6. | CitiMortgage Inc | Secured | 8,782.34 | 8,782.34 |
| 7. | Premier Bankcard | Unsecured | 453.56 | 453.56 |
| 8. | Wow Internet | Unsecured | 222.77 | 222.77 |
| 9. | Peoples Energy Corp | Unsecured | 1,091.54 | 0.00 |
| 10. | Nuvell Credit Company LLC | Unsecured | 6,876.12 | 6,876.12 |
| 11. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 12. | Telecheck | Unsecured | | No Claim Filed |
| | | | $ 60,694.34 | $ 59,602.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 363.09 |
| 4% | 164.05 |
| 3% | 113.32 |
| 5.5% | 683.17 |
| 5% | 186.19 |
| 4.8% | 387.30 |
| 5.4% | 1,186.38 |
| 6.6% | 264.09 |
| | $ 3,347.59 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Younger, LaShawn Ann

Printed: 01/06/09

Case Number:  04 B 38875
Judge:  Hollis, Pamela S
Filed:  10/19/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

